IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINA LERMA,

        Plaintiff,

  vs.                                    No. 2:12-cv-1363 KJM GGH PS

CALIFORNIA EXPOSITION, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has filed a request for accommodation in regard to her physical access to the courthouse, presumably in regard to hearings to take place in her case. (Dkt. no. 3.) With respect to her request for a service animal, plaintiff is informed that so long as she brings a dog which is marked as a service dog, she may bring one into the courthouse without any advance arrangement. In regard to her request for a personal recorder, plaintiff is advised that no outside recording devices are permitted in the courtroom, but she may obtain a taped copy of the hearing by contacting Jonathan Anderson, Courtroom Deputy, at (916) 930-4072.

/////

/////

1

1   Good cause appearing, IT IS ORDERED that: Plaintiff's request for
2   accommodation, filed May 21, 2012 (dkt. no. 3), is granted in part as set forth herein.
3   DATED: December 14, 2012

                            /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH:076/Lerma1363.accom.wpd