1  JOHNNY DARNELL GRIGGS (SBN 110640)
   *jgriggs@zuberlaw.com*
2  JEFFREY J. ZUBER (SBN 220830)
   *jzuber@zuberlaw.com*
3  LISA M. LAWRENCE (SBN 240375)
   *llawrence@zuberlaw.com*
4  **ZUBER LAWLER & DEL DUCA LLP**
   777 S. Figueroa Street, 37th Floor
5  Los Angeles, California  90017
   Telephone: (213) 596-5620
6  Facsimile: (213) 596-5621

7  Attorneys for Defendants
   CALIFORNIA EXPOSITION
8  AND STATE FAIR, erroneously
   sued as California Exposition
9  and State Fair Police; and
   FESTIVAL FUN PARKS, LLC d/b/a
10 RAGING WATERS, erroneously
   sued as Raging Waters in
11 Sacramento, CA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| REGINA LERMA, | CASE NO. 2:12-cv-01363-KJM-GGH (PS) |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE *EX PARTE* APPLICATION TO MODIFY SCHEDULING ORDER** |
| CALIFORNIA EXPOSITION AND STATE FAIR POLICE, et al., | |
| Defendants. | |

1565-1026 / 338333.1

[PROPOSED] ORDER RE *EX PARTE* APPLICATION
TO MODIFY SCHEDULING ORDER

The Court, having considered the *Ex Parte* Application to Modify Scheduling Order brought by Defendants California Exposition and State Fair, erroneously sued as California Exposition and State Fair Police, and Festival Fun Parks, LLC d/b/a Raging Waters, erroneously sued as Raging Waters in Sacramento, CA (collectively, "Defendants"), as well as the accompanying Memorandum of Points and Authorities, the Declaration of Johnny Darnell Griggs, the Declaration of Lisa M. Lawrence, all pleadings and papers on file in this case, and matters of which the Court may take judicial notice, and good cause appearing therefor, hereby grants the application, so that the Scheduling Order is amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Discovery cut-off | September 19, 2013 | November 14, 2013 |
| Discovery motion cut-off | September 5, 2013 | October 31, 2013 |
| Motion cut-off | October 31, 2013 | December 15, 2013 |

The pretrial conference is continued from December 12, 2013 to February 6, 2014 at 3:30 p.m.  The trial date is continued from January 13, 2014 to March 17, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 24, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE