UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA LERMA, | No. 2:12-cv-1363 KJM GGH PS |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA EXPOSITION AND STATE FAIR POLICE, et al., | |
| Defendants. | |

On January 2, 2014, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on January 8, 2014, and the undersigned has considered them.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

/////

1

Accordingly, IT IS ORDERED that: defendants' November 14, 2013 motion for summary judgment (ECF No. 29) is GRANTED, and judgment is entered in favor of defendants.

DATED: February 28, 2014.

_____
UNITED STATES DISTRICT JUDGE

2